IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-60350
Summary Calendar
_____


STEFAN MOISIUC; LILIANA MOISIUC; RUDOLF MOISIUC,

Petitioners,

versus

IMMIGRATION AND NATURALIZATION SERVICE,

Respondent.

- - - - - - - - - -
Petition for Review of an Order of
the Board of Immigration Appeals
USDC No. A72 450 300
- - - - - - - - - -
March 27, 1998
Before KING, HIGGINBOTHAM, and DAVIS, Circuit Judges.

PER CURIAM:[*]

Stefan Moisiuc, his wife Liliana, and their son Rudolf, natives and citizens of Romania, have petitioned this court to review a determination by the Board of Immigration Appeals ("BIA") that they should be deported. We DENY the Moisiucs' petition because the record shows that the BIA's determination is supported by substantial evidence. Carbajal-Gonzalez v. INS, 78 F.3d 194, 197 (5th Cir. 1996).

PETITION DENIED.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.